UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION NO. 11-cv-10203-RGS

GHISLANE ALEXANDRE
    Plaintiff,

v.

THE CITY OF BOSTON, SERGEANT JOSEPH GALLARELLI, OFFICER STEPHEN W. RYAN, CHIEF OF POLICE EDWARD DAVIS and OTHER AS YET UNNAMED OFFICERS OF THE BOSTON POLICE DEPARTMENT,
    Defendants.

## PLAINTIFF'S ACCEPTANCE OF THE CITY OF BOSTON'S OFFER OF JUDGMENT

The Plaintiff, Ghislaine Alexandre, pursuant to Fed. R. Civ. P. ("Rule") 68, hereby accepts the CITY OF BOSTON'S Offer of Judgment, filed August 24, 2012, and agrees to settle all claims for the stated amount.

GHISLAINE ALEXANDRE,
By her attorney,


_____/s/ John McK. Pavlos_____
John McK. Pavlos, BBO#641113
LAW OFFICE OF JOHN MCK. PAVLOS
120 Torrey Street
Brockton, MA 02301
Tel.:   508.894.0050
Fax:   508.894.0051
E-mail:johnpavlos@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those participants indicated as non-registered participants.

      ____/s/ John McK. Pavlos_____
      John McK. Pavlos, BBO#641113