UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-cv-10203-RGS

GHISLANE ALEXANDRE
    Plaintiff,

v.

THE CITY OF BOSTON, SERGEANT
JOSEPH GALLARELLI, OFFICER
STEPHEN W. RYAN, CHIEF OF POLICE
EDWARD DAVIS and OTHER AS YET
UNNAMED OFFICERS OF THE BOSTON
POLICE DEPARTMENT,
    Defendants.

## WITHDRAWL OF PLAINTIFF'S NOTICE OF ACCEPTANCE
## OF DEFENDANTS' OFFER OF JUDGMENT (AS TO "THE DEFENDANTS")

The Plaintiff, Ghislaine Alexandre, hereby withdraws her Notice of Acceptance as to the "Defendants' Offer of Judgment" as the Offer of Judgment, pursuant to Fed. R. Civ. P. ("Rule") 68, was filed by the City of Boston. The Offer of Judgment, filed by the City of Boston on August 24, 2012, has been accepted by the Plaintiff.

GHISLAINE ALEXANDRE,
By her attorney,

_____/s/ John McK. Pavlos_____
John McK. Pavlos, BBO#641113
LAW OFFICE OF JOHN MCK. PAVLOS
120 Torrey Street
Brockton, MA 02301
Tel.:   508.894.0050

Fax:     508.894.0051
E-mail:johnpavlos@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those participants indicated as non-registered participants.

\_\_\_\_/s/ John McK. Pavlos_____
John McK. Pavlos, BBO#641113